CITY OF LOUISIANA v. MILLER, *Plaintiff in Error.*

1. **Street Improvements.** The engineer of a city which has power by its charter to provide by ordinance for the construction and repair of sidewalks, has no authority to order a sidewalk to be built without an ordinance.

2. ———: NO PERSONAL JUDGMENT can be rendered against the owner of real estate for street improvements, made in front of his premises by the city (*following St. Louis v. Allen,* 53 *Mo.* 44).

*Error to Louisiana Court of Common Pleas.*—HON. GILCHRIST PORTER, Judge.

*Morrow & Gray* for plaintiff in error.

*T. J. C. Fagg* for defendant in error

HOUGH, J.—This was an action instituted before a justice of the peace to recover of the defendant the cost of building a sidewalk in front of his premises in the city of Louisiana. On appeal to the Louisiana court of common pleas the plaintiff recovered a personal judgment against the defendant and his sureties in the appeal bond. The work was done under a contract made by the street commissioner of the city, acting under instructions from the city engineer. The city has power, by its charter, to provide, by ordinance, for the construction and repair of all sidewalks; but the charter does not confer upon the city engineer authority to cause sidewalks to be built at his pleasure. No ordinance having been introduced in evidence authorizing the city engineer to direct the work in question to be done, the court erred in giving judgment for the plaintiff. Besides no personal judgment can be rendered against the defendant in such cases. *City of St. Louis v. Allen,* 53 Mo. 44; *Seibert v. Allen,* 61 Mo. 488. The judgment of the common pleas court must therefore be reversed, and the cause remanded. All concur.

REVERSED.